FILED
2023 Sep-06  PM 03:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ELNORA RHINE, As Administrator of the Estate of Denzell Rhine, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW STAGGS, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.: 2:22-cv-01231-AMM<br>)<br>)<br>)<br>) |

## JOINT MOTION TO DISMISS

The Plaintiff and Defendant Staggs jointly request all of the Plaintiff's claims against Staggs be dismissed, with prejudice. In support thereof, the Plaintiff and Staggs states as follows:

1) The Plaintiff and Defendant Staggs resolved the dispute between them.

2) All of the Plaintiff's claims against all other defendants remain pending.

WHEREFORE PREMISES CONSIDERED, the Plaintiff and Defendant Staggs request this Court enter an Order dismissing the case, with prejudice.

Respectfully submitted on this, the 6th day of September, 2023,

| | |
|---|---|
| ***s/ M. Jansen Voss*** | **OF COUNSEL**: |
| M. JANSEN VOSS | CHRISTIAN & SMALL LLP |
| MARGARET H. CLANTON | 505 North 20th Street, Suite 1800 |
| *Attorneys for Jeremy Littleton, Chief of Police for City of Montevallo, Alabama* | Birmingham, Alabama  35203 |
| | T (205) 795-6588  F (205) 328-7234 |
| | mjvoss@csattorneys.com |
| | mhclanton@csattorneys.com |

| | |
|---|---|
| ***/s Kira Fonteneau*** | **OF COUNSEL**: |
| **Kira Fonteneau** | Barrett & Farahany |
| *Attorney for the Plaintiff* | 2 North 20th Street |
| | Suite 900 |
| | Birmingham, AL 35205 |
| | 205-564-9005 |
| | kira@justiceatwork.com |

## CERTIFICATE OF SERVICE

I certify on September 6, 2023, I served a copy of the foregoing document upon all counsel of record in this cause by United States Mail, properly addressed and first-class postage prepaid, and/or electronic mail, and/or hand delivery, and/or by filing a copy of the foregoing via CM/ECF which will provide electronic notice to all CM/ECF participants:

| | |
|---|---|
| Bent Owens | Karen A. Lynn |
| Grace Graham | Daniel F. Beasley |
| Ellis, Head, Owens & Justice | Lanier Ford Shaver & Payne |
| 113 North main Street | P.O. Box 2087 |
| P.O. Box 587 | Huntsville, AL 35804 |
| Columbiana, AL 35051 | kal@lanierford.com |
| bowens@wefhlaw.com | dbeasley@lanierford.com |
| ggraham@wefhlaw.com | *Attorneys for Southern Health Partners* |
| *Attorneys for Corey Crowe and Anthony Valentinis Dee* | |

| | |
|---|---|
| Grace Graham | Drew Sinor |
| Ellis, Head, Owens & Justice | Mark Waggoner |
| 113 North main Street | HAND ARENDALL |
| P.O. Box 587 | 1801 5th Ave North |
| Columbiana, AL 35051 | Suite 400 |
| bowens@wefhlaw.com | Birmingham, AL 35203 |
| *Attorney for Krystle Foster* | dsinor@handfirm.com |
| | mwaggoner@handarendall.com |
| | *Attorneys for Connie Patton* |