FILED
2023 Sep-08  AM 10:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ELNORA RHINE,** | ) |
| Plaintiff, | ) |
| v. | )   Case No: 2:22cv1231 AMM |
| | ) |
| **MATTHEW STAGGS, et al.,** | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT MATTHEW STAGGS

Before the court is a Joint Motion to Dismiss. (Doc. 77). Upon review, the court hereby GRANTS the Motion orders that this action against Matthew Staggs (only), shall be, and is, **DISMISSED WITH PREJUDICE**. The Clerk of the Court is directed to terminate Matthew Staggs as a defendant in this matter.

Plaintiff's claims against all other defendants in this case remain pending.

**DONE** and **ORDERED** this 8th day of September, 2023.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE